AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Moore, Karen N | 2. Court or Organization  U.S. Court of Appeals-6th Cir. | 3. Date of Report  05/12/2006 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2005 to 12/31/2005 |
|---|---|---|

| 7. Chambers or Office Address  Carl B. Stokes U.S. Courthouse 801 W. Superior Ave., Ste 21A Cleveland, Ohio 44113-1831 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting Individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 MAY 17 A 11:35

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Karen N | 05/12/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Squire Sanders & Dempsey |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Boston University School of Law | Boston, MA; 4/7-4/8; moot court judge (transportation, meals, lodging) |
| 2. The University of Chicago Law School | Chicago, IL; 5/4-5/5; moot court judge (transportation, meals, lodging) |
| 3. Yale Law School | New Haven, CT; 12/12-12/13; moot court judge (transportation, meals, lodging) |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Karen N | 05/12/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Former Law Clerks & Staff (approximately 40 persons) | Tenth Anniversary on Court - gift of Telescope for office and one volume of memos | $ 1050.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Karen N | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Huntington Bank | A | Interest | K | T | Withdraw | 9/7 | J | | |
| 2. Key Bank | A | Interest | K | T | | | | | |
| 3. Fidelity Spartan Ohio Muni Income | B | Dividend, cg | K | T | | | | | |
| 4. Fidelity Fidelity Fund | B | div | M | T | | | | | |
| 5. Fidelity Magellan Fund | D | div | M | T | See Pt. VIII | 12/23 | K | | |
| 6. Nicholas Fund, Inc | D | div., cg | L | T | | | | | |
| 7. Scudder Cash Investment Trust | A | Dividend | J | T | Withdraw | 9/8 | J | | |
| 8. Scudder Managed Municipal Bonds | C | div, cg | M | T | | | | | |
| 9. Dreyfus Municipal Money Market Fund | A | Dividend | K | T | | | | | |
| 10. IRA Ohio Savings (certificate of deposit) | A | Interest | J | T | | | | | |
| 11. IRA T. Rowe Price New Horizons Fund | C | Distribution | L | T | Buy | 4/4 | J | | |
| 12. IRA Scudder Development Fund | | None | | T | Buy | 1/24 | J | | |
| 13. " " " | | | | | See Pt. VIII | 5/10 | L | | |
| 14. IRA Scudder Short Term Bond Fund | A | Interest | | T | See Pt. VIII | 7/20 | J | | |
| 15. TIAA (Pension Fund) | E | Interest | N | T | | | | | |
| 16. CREF (Pension Fund) | | None | O | T | | | | | |
| 17. Vanguard Wellesley Income Fund | C | div, cg | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 ● =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Karen N | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Windsor Fund | D | div, cg | L | T | | | | | |
| 19. Vanguard Wellington Fund | C | div, cg | L | T | | | | | |
| 20. Pension Plan--MSIFT Mid Cap Growth I | | None | | T | Buy | 3/31 | K | | |
| 21. " " " | | | | | See Pt. VIII | 6/27 | O | | |
| 22. Pension Plan--Baron Asset Fund (X) [NOTE: See Pt VIII] | E | Dividend | O | T | Ex in frm 21 | 6/27 | N | | |
| 23. " " " | | | | | Buy | 9/30 | J | | |
| 24. Squire Sanders & Dempsey Capital Contribution Account | | None | M | U | | | | | |
| 25. Cash value life ins., Mass. Mutual Life Ins. | D | Interest | N | T | | | | | |
| 26. Pension Plan—Am Cent. Equity Inc. (X) [NOTE: See Pt VIII] | D | Dividend | N | T | Ex in frm 45 | 6/28 | N | | |
| 27. " " " | | | | | Buy | 6/30 | J | | |
| 28. " " " | | | | | Buy | 9/30 | J | | |
| 29. " " " | | | | | Buy | 12/31 | J | | |
| 30. Pension Plan--Fidelity Capital Appreciation [See Pt VIII] | E | Dividend | N | T | Buy | 3/31 | J | | |
| 31. " " " | | | | | Buy | 6/30 | J | | |
| 32. " " " | | | | | Buy | 9/30 | J | | |
| 33. " " " | | | | | Buy | 12/31 | J | | |
| 34. Pension Plan--Janus Worldwide Fund | | | | T | Ex out to 38 | 3/31 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Karen N | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pension Plan--Fidelity Puritan (X) | | | | T | Buy | 4/13 | L | | |
| 36. " " " | | | | | Ex out to 62 | 6/27 | L | | |
| 37. Pension Plan--Fidelity Diversified Int'l [NOTE: See Pt VIII] | D | Dividend | N | T | Buy | 3/31 | J | | |
| 38. " " " | | | | | Ex in frm 34 | 3/31 | M | | |
| 39. " " " | | | | | Ex in frm 21 | 6/27 | M | | |
| 40. " " " | | | | | Buy | 6/30 | J | | |
| 41. " " " | | | | | Buy | 9/30 | J | | |
| 42. " " " | | | | | Buy | 12/31 | J | | |
| 43. Pension Plan--Legg Mason Value | | None | N | T | Buy | 3/31 | J | | |
| 44. " " " | | | | | Buy | 6/30 | J | | |
| 45. " " " | | | | | See Pt. VIII | 6/28 | N | | |
| 46. " " " | | | | | Buy | 9/30 | J | | |
| 47. " " " | | | | | Buy | 12/31 | J | | |
| 48. Huntington Bank | A | Interest | K | T | | | | | |
| 49. Victory Tax-Free Money Market | B | Dividend | M | T | | | | | |
| 50. National City Bank | B | Interest | M | T | | | | | |
| 51. Vanguard Explorer | A | cg | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,060 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Karen N | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Windsor | A | Dividend, cg | J | T | | | | | |
| 53. Vanguard Small-Cap Growth Index | A | Dividend | K | T | | | | | |
| 54. T. Rowe Price Growth Stock | A | Dividend | J | T | | | | | |
| 55. Fidelity Magellan (X) | | None | J | T | Ex in frm 5 | 12/23 | J | | |
| 56. IRA Capital World Growth & Income (X) [NOTE: See Pt VIII] | A | Dividend | J | T | Ex in frm 14 | 7/26 | J | | |
| 57. IRA Growth Fund of Am (X) | A | Dividend | J | T | Ex in frm 14 | 7/26 | J | | |
| 58. IRA Investment Co of Am (X) | A | Dividend | J | T | Ex in frm 14 | 7/26 | J | | |
| 59. IRA Capital World Growth & Income (X) [NOTE: See Pt VIII] | A | Dividend | K | T | Ex in frm 13 | 5/13 | K | | |
| 60. IRA Growth Fund of Am (X) [NOTE: See Pt VIII] | B | Dividend | K | T | Ex in frm 13 | 5/13 | K | | |
| 61. IRA Investment Co. of Am (X) [NOTE: See Pt VIII] | B | Dividend | K | T | Ex in frm 13 | 5/13 | K | | |
| 62. Pension Plan—WFA Small Cap Val Z (X) [NOTE: See Pt VIII] | D | Dividend | L | T | Ex in frm 36 | 6/27 | L | | |
| 63. " " " | | | | | Buy | 9/30 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Karen N | 05/12/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII, Column B(2):  cg = capital gain

PART VII, Column D(1):  Ex out to = Exchange out to

PART VII, Column D(1):  Ex in frm = Exchange in from

PART VII, Record 5, Column D(1):  Partial Exchange out to Record 55 and to nonreporting entity

PART VII, Record 13, Column D(1):  Exchange out to Records 59, 60, 61

PART VII, Record 14, Column D(1):  Exchange out to Records 56, 57, 58

PART VII, Record 21, Column D(1):  Exchange out to Records 22, 39

PART VII, Record 22, Column B(2):  Dividend & Interest

PART VII, Record 26, Column B(2):  Dividend & Interest

PART VII, Record 30, Column B(2):  Dividend & Interest

PART VII, Record 38, Column B(2):  Dividend & Interest

PART VII, Record 45, Column D(1):  Partial Exchange out to Record 26

PART VII, Record 56, Column B(2):  Dividend & Capital Gain

PART VII, Record 59, Column B(2):  Dividend & Capital Gain

PART VII, Record 60, Column B(2):  Dividend & Capital Gain

PART VII, Record 61, Column B(2):  Dividend & Capital Gain

PART VII, Record 62, Column B(2):  Dividend & Interest

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Karen N | 05/12/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signat_____                                                      Date  5/12/6

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544